**Richard William NOBLE, Respondent,**

v.

**Linda Lou NOBLE, Appellant.**

**No. WD 72912.**

Missouri Court of Appeals, Western District.

March 27, 2012.

Robert P. Smith, Kansas City, MO, for appellant.

James D. Boggs, Kansas City, MO, for respondent.

Before: VICTOR C. HOWARD, P.J., and ALOK AHUJA and KAREN KING MITCHELL, JJ.

ORDER

PER CURIAM:

Linda Noble appeals from a judgment dissolving her marriage to Richard Noble. On appeal, she contends that the trial court erred: by rejecting her claim that Richard Noble improperly squandered a marital interest in a real-estate partnership; in valuing a closely held business based on a liquidation scenario; and in denying her maintenance. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).